# LaRusso & Conway, LLP

300 OLD COUNTRY ROAD
SUITE 341
MINEOLA, NY 11501
TEL: (516) 248-3520 • FAX: (516) 248-3522

July 5, 2010

JUDGE ERIC N. VITALIANO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Jerome Caramelli
Docket No. CR-10-010

Dear Judge Vitaliano,

This letter is respectfully submitted to seek permission for my client, Jerome Caramelli to travel to Cape Coral, Florida. He is driving with his family Friday July 8, 2011 and arriving back in New York on Tuesday July 19, 2010. The reason for this trip is that my client is needed to inspect his home at 257 SW 40th Street, Cape Coral. Additionally, my client plans to visit his father who is in ailing health. His father lives at 512 Archer Parkway West in Cape Coral Florida.

On March 1, 2010 Mr. Caramelli was released on a one million dollar bond and subject to house arrest. To date he has abided by those conditions. We respectfully request that Mr. Caramelli be granted permission to travel to Cape Coral, Florida from Friday July 8, 2011 until Tuesday July 19, 2011 to attend to is rental and visit with his ailing father.

I have tried to reach Assistant United States Attorney Rachel Nash with no response, Ms. Nash has had no objections in the pass with other request. And Arthur Bobyak from Pre-Trial Services has no objection to our request for travel.

Thank you for your attention to this matter.

Respectfully Submitted,

Joseph R. Conway, Esq.

cc: AUSA Rachel Nash
    Arthur Bobyak