# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

August 4, 2010

JUDGE ERIC N. VITALIANO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Jerome Carame
              Docket No. CR-10-010

Dear Judge Vitaliano,

     This letter is respectfully submitted to seek permission for my client, Jerome Caramelli, to travel to Delaware and Maryland. He is driving to Newark, Delaware, to stay overnight Sunday, August 7, 2011, and then continuing on to Elkton, Maryland, to the Fairhills Training Center on Monday August 8, 2011. The reason for this trip is that my client has a meeting scheduled to meet with a veterinarian and trainer for an examination of a thoroughbred horse that Mr. Caramelli is part owner. This examination needs to take place in order for Mr. Caramelli and his partner Dr. Anthony Bartolo to sell the horse. Mr. Caramelli will be returning home early evening on August 8, 2011.

     On March 1, 2010, Mr. Caramelli was released on a one million dollar bond and subject to house arrest. To date he has abided by those conditions. We respectfully request that Mr. Caramelli be granted permission to travel for this overnight trip.

     I have spoken with Assistant United States Attorney Rachel Nash and Pre-Trial Officer Arthur Bobyak, who have no objections to our request for travel.

     Thank you for your attention to this matter.

                                            Respectfully Submitted,

                                            Joseph R. Conway, Esq.

cc:     AUSA Rachel Nash
        Arthur Bobyak