# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

September 14, 2011

JUDGE ERIC N. VITALIANO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Jerome Caramelli
                Docket No. CR-10-010

Dear Judge Vitaliano,

      This letter is respectfully submitted to seek permission for my client, Jerome Caramelli to travel to Cape Coral, Florida on Saturday September 15, 2011 and arriving back in New York on Saturday September 25, 2011. We had asked for permission on August 24, 2011 for Mr. Caramelli to make this trip for the dates of August 26, 2001 to September 2, 2011 but due Tropical Storm Irene, Mr. Caramelli canceled his trip. The reason for this trip is that my client would like take his kids to visit his father who is in ailing health. Mr. Caramelli and his family will be staying at their home located at 57 SW 40th Street, Cape Coral and his father lives at 512 Archer Parkway West in Cape Coral Florida.

      We respectfully request that Mr. Caramelli be granted permission to travel with his family to Cape Coral, Florida from September 17, 2011 until September 25, 2011

      I have spoken with Assistant United States Attorney Rachel Nash and Arthur Bobyak from Pre-Trial Services who both has no objection to our request for travel.

      Thank you for your attention to this matter.

Respectfully Submitted,

Joseph R. Conway, Esq.

cc:    AUSA Rachel Nash
        Arthur Bobyak