# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ DEC 14 2011 ★

BROOKLYN OFFICE

December 8, 2011

JUDGE ERIC N. VITALIANO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
Dated: DEC 12 2011

s/ ENV

**Eric N. Vitaliano**
**United States District Judge**

Re:  United States v. Jerome Caramelli
     Docket No. CR-10-010

Dear Judge Vitaliano,

This letter is respectfully submitted to seek permission for my client, Jerome Caramelli to travel to Cape Coral, Florida on Friday December 23, 2011 and arriving back in New York on Monday January 2, 2012. The reason for this trip is that my client would like take his family to visit his father who has just had surgery, and is unable to travel for the holidays. Mr. Caramelli and his family will be staying at their home located at 57 SW 40th Street, Cape Coral and his father lives at 512 Archer Parkway West in Cape Coral Florida.

We respectfully request that Mr. Caramelli be granted permission to travel with his family to Cape Coral, Florida from December 23, 2011 to January 2, 2012.

I have spoken with Assistant United States Attorney Rachel Nash and Arthur Bobyak from Pre-Trial Services who both has no objection to our request for travel.

Thank you for your attention to this matter.

Respectfully Submitted,

Joseph R. Conway, Esq.

cc:  AUSA Rachel Nash
     Arthur Bobyak