Docket Number: 10cr10 **(ENV)**

## Criminal Cause for Sentencing

Date Received by Docket Clerk: _____     Docket Clerk Initials: _____

Before Judge: **Eric N. Vitaliano**   Date:1/27/2012     Time in Court:30 minutes

Defendant's Name: Jerome Caramelli
　　　Defendant: # 4

**X  *Present*** 　　　　　　　　　　　　　　　　　　X Bond

Defense Counsel: Joseph Conway

AUSA: Rachel Nash
Probation Officer: Michael Dora
Pretrial Officer: n/a

Court Reporter: Tony Mancuso

Interpreter:
Language: n/a

Case Manager: **William Villanueva**

**Text:**
Imprisonment: No imprisonment
Probation: 5 Years Probation with 9 Months Home Confinement on Counts 10 &11. Each Count to run concurrently.
Supervised Release: None
Special Assessment: $200.00
Fine: $7,500 on each Count, for a total of $15,000
Restitution: n/a
Dismissed Charges: Open Counts & underlying indictment dismissed
Surrender Date: n/a

　***PLEASE SEE J&C FOR ADDITIONAL DETAILS AND SPECIAL CONDITIONS***