# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUN 15 2012 ★

**BROOKLYN OFFICE**

June 8, 2012

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: _____ JUN 14 2012

s/Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**

JUDGE ERIC N. VITALIANO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Jerome Caramelli
Docket No. CR-10-010

Dear Judge Vitaliano,

This letter is respectfully submitted to seek permission for my client, Jerome Caramelli to travel with his family to Cape Coral, Florida on Thursday July 5, 2012 and arriving back in New York on Friday July 13, 2012. The reason for this trip is that my client and his family would like to visit his father who is in ailing health and may require surgery.

We respectfully request that Mr. Caramelli be granted permission to travel with his family to Cape Coral, Florida from July 5' 2012 until July 13, 2012.

I have spoken with Assistant United States Attorney Rachel Nash who has no objection to our request for travel. I have also spoken with Probation Officer John Danielo who has stated that the seven days that Mr. Caramelli is off his home confinement for this trip will be added to the end of his confinement sentence.

Thank you for your attention to this matter.

Respectfully Submitted,

Joseph R. Conway, Esq.

cc: AUSA Rachel Nash
P.O. John Danielo